# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143045

ANTHONY TILLER,

      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Respondent-Appellee.

_____

SC: 143045
CoA: 300494

On order of the Chief Justice, petitioner-appellant having failed to pay the partial filing fee as required by the order of June 1, 2011, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2011

_____
Clerk

jam